# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH WALLACK and SAN DIEGO VETERINARY IMAGING, INC.,<br><br>                              Plaintiffs,<br>vs.<br><br>IDEXX LABORATORIES, INC.; IDEXX REFERENCE LABORATORIES, INC.; MATTHEW WRIGHT; an individual; and STEPHEN WALTERS, an individual<br><br>                              Defendants. | CASE NO. 11cv2996-GPC(KSC)<br><br>**ORDER DENYING DEFENDANTS WRIGHT AND WALTERS' MOTION TO RETAX COSTS AND GRANTING DEFENDANTS' LEAVE OF COURT TO REFILE BILL OF COSTS WITH PROPER DOCUMENTATION**<br><br>[Dkt. No. 152.] |

On April 1, 2016, Defendants Walters and Wright ("Defendants") filed a Bill of Costs with a hearing set on April 22, 2016. (Dkt. No. 147.) No opposition was filed. On April 21, 2016, the Clerk of Court summarily denied all costs because appropriate documentation, the actual invoices, were not submitted pursuant to Civil Local Rule 54.1(a) which provides that the "bill of costs must itemize the costs claimed and must be supported by a memorandum of costs, an affidavit of counsel that the costs claimed are allowable by law, are correctly stated, and were necessarily incurred, and copies of the invoices for requested costs." Civ. Local R. 54.1. Because the Clerk of Court denied their Bill of Costs, on April 26, 2016, Defendants filed a motion for taxation of costs pursuant to Federal Rule of Civil Procedure 54(d) and Local Civil Rule 54.1.

1  Because Defendants are now correcting their Bill of Costs submission by attaching
2  invoices to supports its costs, the Court GRANTS Defendants leave to refile their Bill
3  of Costs with the Clerk's Office in compliance with Local Civil Rule 54.1 within five
4  days of the filing of this Order.  Thus, the Court DENIES Defendants' motion to retax
5  costs.
6      IT IS SO ORDERED.

8  DATED:  May 5, 2016

             _____
             HON. GONZALO P. CURIEL
             United States District Judge